THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 3:20-CR-143 |
| | : (JUDGE MARIANI) |
| DELVIN HUTCHINSON, | : |
| Defendant. | : |

**ORDER**

**AND NOW, THIS 22ND DAY OF SEPTEMBER 2022**, for the reasons set forth in the separately filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant Delvin Hutchinson's "Motion to Suppress Evidence From Statement" (Doc. 30) is **DENIED**.

Robert D. Mariani
United States District Judge